# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THADDEUS JEAN,<br><br>        Plaintiff<br><br>        v.<br><br>SEDGWICK CLAIMS MANAGEMENT SERVICES,<br><br>        Defendant | CASE NO. 1:17-CV-1161 AWI MJS<br><br>ORDER VACATING HEARING AND DENYING MOTION TO DISMISS AS MOOT<br><br>(Doc. No. 7) |

        This action was removed from the Stanislaus County Superior Court on August 28, 2017. See Doc. No. 1. On September 1, 2017, Defendant filed a motion to dismiss. See Doc. No. 7. Hearing on this motion is set for September 25, 2017. On September 18, 2017, Plaintiff filed a first amended complaint. See Doc. No. 11.

        Federal Rule of Civil Procedure 15 governs amended pleadings. In pertinent part, Rule 15(a) reads: "A party may amend its pleading once as a matter of course within . . ., if the pleading is one to which a responsive pleading is required, 21 days after service of the responsive pleading or 21 days after service of a motion under Rule 12(b) . . . ." Fed. R. Civ. P. 15(a)(1)(B). A properly filed "amended complaint supersedes the original [complaint], the latter being treated thereafter as non-existent." Ramirez v. County of San Bernardino, 806 F.3d 1002, 1008 (9t h Cir. 20015); Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).

Here, Plaintiff's amended complaint is timely under Rule 15(a)(1)(B) since it was filed within 21 days of the motion to dismiss. Defendants' motion now attacks a complaint that is no longer operative. Ramirez, 806 F.3d at 1008. Therefore, the hearing on Defendants' motion to dismiss will be vacated and the motion will be denied as moot. Id.

Accordingly, IT IS HEREBY ORDERED that:

1. The September 25, 2017 hearing is VACATED;
2. Defendants' motion to dismiss (Doc. No. 7) is DENIED as MOOT; and
3. Defendants may file an answer or other responsive motion or pleading to the First Amended Complaint within twenty-one (21) days of service of this order.

IT IS SO ORDERED.

Dated:   September 20, 2017                    _____
                                                SENIOR DISTRICT JUDGE